ROBERT L. CUTTING et al., Appellants, *v.* THE BALTIMORE AND OHIO RAILROAD COMPANY et al., Respondents.

*Cutting* v. *Baltimore & Ohio R. R. Co.*, 65 App. Div. 414, appeal dismissed.

(Argued December 17, 1903; decided January 5, 1904.)

APPEAL from a judgment entered June 2, 1902, in favor of defendants upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an interlocutory judgment of Special Term directing that the complaint be dismissed unless the plaintiffs pay a certain sum of money into court.

*Edward L. Andrews* for appellants.

*Carl A. de Gersdorff, William D. Guthrie* and *R. R. Rogers* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: GRAY, J. Absent: HAIGHT, J.

---

ABBOTT D. GRANGER, Respondent, *v.* HENRY B. LOCKWOOD et al., Composing the Firm of LOCKWOOD, HURD & COMPANY, Appellants.

*Granger* v. *Lockwood*, 76 App. Div. 612, appeal dismissed.

(Argued December 18, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1902, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*Clarence L. Barber* and *James A. Deering* for appellants.

*Walter I. McCoy* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, and WERNER, JJ. Absent: HAIGHT, J.